1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

7

**DISTRICT OF NEVADA**

8

* * *

9

UNITED STATES OF AMERICA,

10

Plaintiff,

11

vs.

2:12-cr-033-PMP-PAL

12

ARI JAMES LANGNER,

13

Defendant.

**ORDER**

14
15

    On December 3, 2012, the court granted the "Motion to Withdraw as Counsel" (#29) filed

16

by Robert S. Beckett, Esq. and ordered new counsel appointed.  (#30)  Therefore;

17

    IT IS HEREBY ORDERED that Shawn R. Perez, Esq. is appointed as counsel in place of

18

Robert S. Beckett, Esq. to represent Ari James Langner for all future proceedings.

19

    IT IS FURTHER ORDERED that Mr. Beckett shall forward the file to Mr. Perez  forthwith.

20

    DATED  this __5th__ day of December, 2012.

21

    Nunc Pro Tunc Date: December 5, 2012

22
23
24

PHILIP M. PRO
United States District Judge

25
26
27
28