UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ARI LANGNER, ) <br> ) <br> Defendant. ) | **O R D E R** <br><br> 2:12-CR-33-PMP-PAL |

**IT IS ORDERED** Defendant Ari Langer is hereby released from Electronic Monitoring.

Dated: February 25, 2013.

_____
PHILIP M. PRO, UNITED STATES DISTRICT JUDGE