RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
SUNETHRA MURALIDHARA
Assistant Federal Public Defender
Nevada State Bar No. 13549
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Sunethra_Muralidhara@fd.org

Attorney for Ari James Langner

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Respondent/Plaintiff,<br><br>　　v.<br><br>ARI JAMES LANGNER,<br><br>　　　　　Petitioner/Defendant. | Case No. 2:12-cr-00033-GMN-PAL-1<br><br>**STIPULATION TO DISMISS MOTION TO VACATE WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. PRO. 41(a)(1)(A)(ii)** |

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the Respondent, Appellate Chief and Assistant United States Attorney Elizabeth Olson White, and counsel for the Petitioner, Sunethra Muralidhara, Assistant Federal Public Defender, that Petitioner's Motion to Vacate, ECF No. 65, be dismissed pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii).

/ / /

/ / /

/ / /

In light of the fact that Defendant was released from custody on January 24, 2017, the government consents to dismissal of his motion to vacate without prejudice.

DATED this 21st day of May, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
| */s/ Sunethra Muralidhara*<br>By_____<br>SUNETHRA MURALIDHARA<br>Assistant Federal Public Defender | */s/ Elizabeth Olson White*<br>By_____<br>ELIZABETH OLSON WHITE<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Respondent/Plaintiff,<br><br>v.<br><br>ARI JAMES LANGNER,<br><br>        Petitioner/Defendant. | Case No. 2:12-cr-00033-GMN-PAL-1<br><br>**[PROPOSED] ORDER DISMISSING MOTION TO VACATE WITHOUT PREJUDICE AND VACATING HEARING** |

Having received a stipulation to dismiss the Petitioner's Motion to Vacate, ECF No. 65.

IT IS HEREBY ORDERED that Petitioner's Motion to Vacate, ECF No. 65, be DISMISSED WITHOUT PREJUDICE. The Court does not make determination as to whether any future filing would be considered a second or successive petition.

IT IS FURTHER ORDERED that the hearing scheduled for June 25, 2018 at 1:30 p.m. in courtroom 7D, is VACATED.

DATED this  22  day of May, 2018.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

3